IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HILL,  )<br>　　　　Plaintiff,  )<br>　　　　　　　　　　 )<br>　vs.　　　　　　　　)<br>　　　　　　　　　　 )<br>T. VIRGA-WARDEN, et al.,  )<br>　　　　　　　　　　 )<br>　　　　Defendants.  )<br>　　　　　　　　　　 ) | No. C 11-3422 JSW (PR)<br><br>**ORDER OF DISMISSAL**<br><br><br>(Docket No. 1) |

　　　　On July 13, 2011, Plaintiff, a prisoner of the State of California, filed this pro se civil rights action under 42 U.S.C. § 1983. That day, the Clerk notified Plaintiff that he had not filed a complaint, and that the application to proceed in forma pauperis ("IFP") was incomplete in that it was not signed. *See* Fed. R. Civ. P. 11. Along with the notice, the Clerk mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a signed IFP application, within thirty days. More than thirty days have passed, and no response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice and the unsigned IFP application (docket number 1) is DENIED.

　　　　The Clerk shall enter judgment and close the file.

　　　　IT IS SO ORDERED.

DATED: August 24, 2011

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HILL,<br><br>        Plaintiff,<br><br>  v.<br><br>T. VIRGA et al,<br><br>        Defendant.<br>_____/ | Case Number: CV11-03422 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Lee Hill #:F-70901
California State Prison-Sacramento
Facility/Bed: B6-222
P.O. Box 290066
Represa, CA 95671

Dated: August 24, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk